DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Denny Ross, | )<br>) CASE NO. 5:04 CV 0849 |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGMENT ENTRY |
| | ) |
| Jim Petro, et al. | ) |
| | ) |
| Respondents. | ) |
| | ) |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus is GRANTED; the State of Ohio is prohibited from conducting a retrial of Petitioner Denny Ross for the charges for which he stood trial in Summit County Court of Common Pleas Case No. CR-1999-05-1098.  Case closed.

| | |
|---|---|
|  August 22, 2005 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |